UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JOHN WOODCOCK | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:18–CV–00192 |
| | § | |
| MARATHON PETROLEUM | § | |
| COMPANY, LP; and BLANCHARD | § | |
| REFINING COMPANY, LLC | § | |
| | § | |
| Defendants. | § | |

# ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On March 7, 2019, Defendants' Motion to Dismiss (Dkt. 18) was referred United States Magistrate Judge Andrew M. Edison pursuant to 28 U.S.C. § 636(b)(1)(B). Dkt. 30. On March 29, 2019, Judge Edison filed a Memorandum and Recommendation (Dkt. 31) recommending that Defendants' Motion to Dismiss (Dkt. 18) be **GRANTED**.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also*, FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 31) be **APPROVED AND ADOPTED** in its entirety as the holding of the Court; and

(2) Defendants' Motion to Dismiss (Dkt. 18) be **GRANTED**.

It is so **ORDERED**.

SIGNED at Galveston, Texas, this 17th day of April, 2019.

                                                 *George C. Hanks Jr.* (signature)
                                                 George C. Hanks Jr.
                                                 United States District Judge